# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC, | § § § |
| Plaintiff, | § Case No: 4:22-cv-00171-RLW § |
| vs. | § PATENT CASE § |
| LINXUP, LLC | § JURY TRIAL DEMANDED § |
| Defendant. | § § |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Social Positioning Input Systems, LLC ("Plaintiff" and/or "SPIS") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action ageinst Linxup, LLC without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: February 23, 2022.                Respectfully submitted,

*/s/Robert J. Vincze*
Robert J. Vincze (MO #37687)
Law Offices of Robert J. Vincze
PO Box 792
Andover, Kansas 67002
303-204-8207
vinczelaw@att.net

**ATTORNEY FOR PLAINTIFF**

1

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was filed electronically on February 23, 2022., and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

                                  */s/Robert J. Vincze*
                                  Robert J. Vincze (MO #37687)